IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATE A. LINDELL,

     Plaintiff,

  v.

                              Case No.  18-cv-1021-slc

JON E. LITSCHER, ED F. WALL,
CATHY JESS, JIM SCHWOCHERT,
JOHN DOES, GARY BOUGHTON,
MARK KARTMAN, DR. SCOTT RUBIN-
ASCH, DR. STACEY HOEM,
JOLINDA WATERMAN, and MARY
MILLER,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/22/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |